AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| JASON SCOTT SWANN <br> *Plaintiff* <br> v. <br> DETECTIVE JOEHONNY : N. REESE et al., <br> *Defendant* | Civil Action No. 3:20-cv-00509 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

x other:  Pursuant to Federal Rule of Civil Procedure 68(a) Judgment in favor of Plaintiff Jason Scott Swann and against the City of Cincinnati in the sum of $80,000.00.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas M. Rose  on a motion for
Offer of Judgment / Rule 68.  This judgment does not close the case.

Date: 4/14/22

CLERK OF COURT

Signature of Clerk or Deputy Clerk